No. 1162.  MERLANDS CLUB, INC. *v.* MESSALL ET AL, Ct. App. Md.  Certiorari denied.  *William F. Hickey* for petitioner.

No. 1176.  LIGGETT & MYERS TOBACCO CO. *v.* PRITCH-ARD, ADMINISTRATRIX.  C. A. 3d Cir.  Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition.  *Bethuel M. Webster, Donald J. Cohn, William H. Eckert, Frank L. Seamans* and *John H. Morgan* for petitioner.  *James E. McLaughlin* for respondent.

No. 325, Misc.  FREEMAN *v.* ILLINOIS.  Sup. Ct. Ill. Certiorari denied.  *Sam Adam, Charles B. Evins* and *R. Eugene Pincham* for petitioner.

No. 864, Misc.  GAITO *v.* PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.  Petitioner *pro se. Robert W. Duggan* for respondent.

No. 1004, Misc.  JACQUEZ *v.* WILSON, WARDEN.  Sup. Ct. Cal.  Certiorari denied.  Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Gloria F. DeHart,* Deputy Attorney General, for respondent.

No. 1119, Misc.  ROWELL *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1282, Misc.  CHESTNUT ET AL. *v.* NEW YORK. C. A. 2d Cir.  Certiorari denied.  *Eleanor Jackson Piel* for petitioners.